UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARD W. HOYER,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 02-cv-4114-JPG
Criminal Case No. 00-cr-40104-JPG

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the parties having stipulated to the granting of the petition,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Leonard W. Hoyer's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; the amended judgment in criminal case number 00-cr-40104-JPG entered against petitioner Leonard W. Hoyer is vacated, including the convictions and sentence; and counts 1 through 6 of the indictment in criminal case number 00-cr-40104-JPG against petitioner Leonard W. Hoyer are reinstated.

**DATED:**  October 20, 2005

NORBERT JAWORSKI

By:s/Deborah Agans

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**